UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                          : Case No. 10-24257 (RDD)
In re                                                     :
                                                          :
EZRIEL AND ETHEL SCHWARTZ,                                : Chapter 11
                                                          :
                              Debtors.                    :
                                                          :
---------------------------------------------------------x

## DECLARATION OF SERENE K. NAKANO

Pursuant to 28 U.S.C. § 1746, Serene K. Nakano declares as follows:

1.  I am a trial attorney in the Office of the United States Trustee for Region 2. I submit this Declaration in support of the Motion of The United States Trustee to Convert This Chapter 11 Case to a Chapter 7 Case, or, in the Alternative, to Dismiss This Chapter 11 Case.

2.  I conducted the §341(a) meeting on December 8, 2010. At the 341(a) meeting, the Debtors testified, in substance and in part, that each of the mortgages on the Debtors' properties were in arrears and that the property located at 1678 Platt Clove, Hunter, New York was not insured. I requested that the Debtors provide copies of all applicable insurance policies. I am informed that to date, the Debtors have not provided this Office with documentation that the Hunter Property has been insured.

I declare under penalty of perjury that the information contained in this Declaration is true and correct.

Dated: New York, New York
       July 26, 2011

                                                   /s/ Serene K. Nakano
                                                   SERENE K. NAKANO